MESTER & SCHWARTZ, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107
Tel: (267) 909-9036
Fax: (215) 665-1393
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**ATTORNEY FOR MOVANT: BMW BANK OF NORTH AMERICA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
*CAMDEN DIVISION*

| | |
|---|---|
| IN RE: § <br> § <br> TAKIDIA T LIGON § <br> a/k/a TAKIDIA T JENNINGS, Debtor § <br> § <br> § <br> § <br> § <br> § | CASE NO. 18-32439-JNP <br><br> CHAPTER 13 <br><br> Hearing date: December 10, 2019@10:00 A.M. <br><br> **NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |

TO:

Brad J. Sadek
1315 Walnut Street, Ste 502
Philadelphia, PA 19107

Takidia T Ligon
2 S Syracuse Drive
Cherry Hill, NJ 08034

Isabel C. Balboa
Cherry Tree Corporate Center, 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. TRUSTEE
One Newark Center Ste 2100
Newark, NJ 07102

PLEASE TAKE NOTICE that on **Tuesday, December 10, 2019 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor **BMW Bank of North America** its assignees and/or successors in interest, will move before the Honorable Jerrold N. Poslusny Jr. of the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101 for the entry of an *Order Vacating the Automatic Stay* with respect to Debtor's 2011 BMW 3 Series Sedan 4D 328xi AWD, V.I.N. WBAPK5G59BNN27089, and allowing BMW Bank of North America to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to BMW Bank of North America.

Dated : November 18, 2019

Respectfully Submitted,

Mester & Schwartz, P.C.
Attorney for Movant

*/s/ Jason Brett Schwartz, Esquire*
**Jason Brett Schwartz, Esquire**